cently decided by the Court of Appeals, but not yet officially reported.

LITTLE, Appellant, v. MAYER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Albert P. Little against Charles W. Mayer. No opinion. Judgment affirmed, with costs.

LOEW, Appellant, v. WHITE, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Herman G. Loew against Elizabeth S. White. No opinion. Order of the Municipal Court, in so far as appealed from, affirmed, with costs.

LOFTUS, Respondent, v. CONTINENTAL CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by James F. Loftus against the Continental Casualty Company. No opinion. Judgment and order affirmed, with costs.

LONG ISLAND R. CO. et al., Appellants, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by the Long Island Railroad Company and another against the City of New York and others. No opinion. Motion for stay pending appeal granted, without costs. See, also, 118 N. Y. Supp. 1121.

LORD, Respondent, v. NEW YORK EVENING JOURNAL CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by John J. Lord against the New York Evening Journal Company. C. J. Shearn, for appellant. J. E. O'Brien, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 130 App. Div. 105, 114 N. Y. Supp. 299.

LORDI v. PEOPLE'S SURETY CO. (Supreme Court, Appellate Term. December 22, 1909.) Appeal from City Court of New York, Special Term. Action by Antonio Lordi against the People's Surety Company. From an interlocutory judgment overruling a demurrer to the complaint, defendant appeals. Affirmed, with leave to answer. Edward M. Grout and Paul Grout, for appellant. Joseph Gifuni, for respondent.

PER CURIAM. This case is controlled by Musco v. United Surety Company, 132 App. Div. 300, 117 N. Y. Supp. 21. Defendant concedes that judgment should be affirmed, in view of the case cited, which has been affirmed by the Court of Appeals on the question of the constitutionality of the act. Judgment and order affirmed, with costs, with leave to the defendant to answer within six days upon payment of costs in this court and in the court below.

LOUGHRAN, Respondent, v. JORDAN L. MOTT IRON WORKS, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Thomas Loughran against the Jordan L. Mott Iron Works. E. L. Richards, for appellant. T. J. O'Neill, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice. See, also, 118 N. Y. Supp. 1121.

LAUGHLIN, J., dissents, voting for affirmance on his former opinion.

LUBBE v. HILGERT et al. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Henry Lubbe against Matthew Hilgert and another. No opinion. Motion denied. Order filed.

LUDWIG v. LUDWIG. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Theodore Ludwig against Rosa Ludwig. J. O. Toole, for appellant. V. Taylor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LUNESCHLOSS v. ROTHSCHILD. (Supreme Court, Appellate Term. December 22, 1909.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Edgar Luneschloss against Jacob Rothschild. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered. Daniel F. Cohalan, for appellant. Weinberg Brothers, for respondent.

PER CURIAM. The judgment was clearly against the weight of the evidence. In the letter of May 7, 1907, to the Metropole Construction Company, it is stated that the work was done on the order of Mr. Livingston, not of the defendant, as the witness Smith testified upon the trial. The attempted explanation by this witness as to why such statement was made, and what part Livingston took in the transaction, is not clear, and does not account for the contradiction. The judgment should be reversed, and a new trial ordered, with costs to appellant to abide the event.

McCOLLUM, Respondent, v. DIANA PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Alden B. McCollum against the Diana Paper Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

McELFATRICK, Respondent, v. McELFATRICK, Appellant, et al. (Supreme Court, Appellate Division, First Department. November